IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMPSON STRONG-TIE COMPANY, INC., a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>TODD ERSEY, an individual dba ESREY.COM,<br><br>    Defendant._____/ | No. 04-04608 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

    The Court has reviewed Magistrate Judge Bernard Zimmerman's Report and Recommendation Re: Plaintiff's Motion for Default Judgment.  No objections to the report were filed.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

    IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment is GRANTED.  The Clerk shall enter judgment.

Dated: 9/19/05

                                          */s/ Claudia Wilken*
                                          CLAUDIA WILKEN
                                          United States District Judge

**United States District Court**
For the Northern District of California

1 | UNITED STATES DISTRICT COURT
2 | FOR THE
3 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Simpson Strong-Tie Company Inc, | Case Number: CV04-04608 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| Esrey et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/19/05, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur J. Shartsis
James P. Martin
Richard F. Munzinger
Tracy L. Salisbury
Shartsis Friese LLP
One Maritime Plaza, 18th Floor
San Francisco, CA 94111

Mr. Todd Esrey
595 Brennan Street
San Jose, CA 95103


Dated: 9/19/05

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk